UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GROSS MORTGAGE CORPORATION,

        Plaintiff,

    v.

SABIR AL-MANSUR an individual also known as Ronald M. Poole,

        Defendant.
_____/

No. C-13-0398 EMC

**ORDER RE IN FORMA PAUPERIS STATUS FOR APPEAL**

    Defendant Sabir Al-Mansur has filed an appeal from the Court's order remanding the case back to state court. *See Gross Mortg. Corp. v. Al-Mansur*, No. 13-15465 (9th Cir.). The Ninth Circuit has referred the case back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith.

    The court hereby revokes Mr. Al-Mansur's in forma pauperis status because the appeal is frivolous. Subject matter jurisdiction is clearly lacking. The Court also notes that 28 U.S.C. § 1447(d) bars Mr. Al-Mansur from appealing the remand order except to the extent he removed on the basis of 28 U.S.C. § 1443. *See* 28 U.S.C. § 1447(d) (providing that "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an

///

///

///

order remanding a case to the State court from which it was removed pursuant to section 1442 or 1443 of this title shall be reviewable by appeal or otherwise"). As stated above, Mr. Al-Mansur's removal, even to the extent based on § 1443, is frivolous.

**The Clerk of the Court is instructed to provide a copy of this order to the Ninth Circuit immediately.**

IT IS SO ORDERED.

Dated: March 19, 2013

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GROSS MORTGAGE,

        Plaintiff,

  v.

SABIR AL-MANSUR et al,

        Defendant.

Case Number: CV13-00398 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sabir Al-Mansur
2419 Market Street
Oakland, CA 94607

U.S. Court of Appeals for the Ninth Circuit
 95 7th Street, Box 193939
San Francisco CA 94103-3939

Dated: March 19, 2013

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3